ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN HARDY LIMITED

                      Plaintiff,

      -against-

WYNN WYNN ONG,

                      Defendant.

Case No. 10 CV 6022 (LLS)

STIPULATION EXTENDING TIME
TO ANSWER, MOVE OR OTHERWISE
RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED by and between the undersigned attorneys that the time for defendant Wynn Wynn Ong to answer, move or otherwise respond to Plaintiff's Complaint is extended to and including October 31, 2010. This Stipulation is without prejudice to any claims or defenses that any party has or may have.

Dated: New York, New York
       September 14, 2010

BAKER & McKENZIE LLP

By: _____
     Marcella Ballard

1114 Avenue of the Americas
New York, New York 10036
(212) 626-4664

Attorneys for Defendant
Wynn Wynn Ong

SCHIFF HARDIN LLP

By: _____
     Maxim H. Waldbaum

900 Third Avenue
New York, NY 10022
212-753-5000

Attorneys for Plaintiff
John Hardy Limited

SO ORDERED:

Louis L. Stanton
U.S.D.J. 9/17/10