ORIG!

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-16-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN HARDY LIMITED,                  :     Case No. 10 CV 6022  (LLS)

                          Plaintiff,       :

      -against-                            :     **STIPULATION EXTENDING TIME**
                                                 **TO ANSWER, MOVE OR OTHERWISE**
WYNN WYNN ONG,                       :     **RESPOND TO COMPLAINT**

                          Defendant.       :
-----------------------------------------------------------X

IT IS HEREBY STIPULATED by and between the undersigned attorneys that the time for defendant Wynn Wynn Ong to answer, move or otherwise respond to Plaintiff's Complaint is extended from October 31, 2010 to and including November 30, 2010. This Stipulation is without prejudice to any claims or defenses that any party has or may have.

Dated: New York, New York
       November 10, 2010

BAKER & McKENZIE LLP                             SCHIFF HARDIN LLP

By: *Marcella Ballard (gmx)*                    By: *Maxim H Waldbaum / MHW*
    Marcella Ballard                                 Maxim H. Waldbaum

1114 Avenue of the Americas                      900 Third Avenue
New York, New York 10036                         New York, New York 10022
(212) 626-4664                                   (212) 753-5000

Attorneys for Defendant                          Attorneys for Plaintiff
Wynn Wynn Ong                                    John Hardy Limited

**SO ORDERED**

*Louis L. Stanton*
11/12/10

CH2\9253477.1