ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-15-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
JOHN HARDY LIMITED,

               Plaintiff,         10 Civ. 6022 (LLS)

     - against -                 ORDER

WYNN WYNN ONG,
               Defendant.
- - - - - - - - - - - - - - - - - - -X

    It having been reported to the court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order any party may apply by letter for restoration of the action to the court's calendar.


Dated:  New York, New York
        December 15, 2010

                                       *Louis L. Stanton*
                                       LOUIS L. STANTON
                                          U. S. D. J.