```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-13-11
```

Stanton, J

UNITED STATES DISTRICT COURT
SOUTHEN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN HARDY LIMITED,<br><br>                      Plaintiff,<br><br>    -against-<br><br>WYNN WYNN ONG,<br><br>                      Defendant. | Case No. 10 CV 6022<br><br>**STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff John Hardy Limited and Defendant Wynn Wynn Ong, the parties hereto, that whereas neither party hereto is an infant, incompetent person for whom a committee or conservatee has been appointed and no person not a party has an interest in the subject matter of the action, Plaintiff hereby discontinues and dismisses all of its claims asserted against Defendant in the above-captioned action *with prejudice*, all parties to bear their own attorney's fees, costs and expenses, and subject to the terms of the Settlement Agreement entered into between the parties and, dated December 8, 2010. The Court shall retain non-exclusive *in personam* jurisdiction over the parties to enforce the terms of such Agreement. LLS

This Stipulation may be filed without further notice with the Clerk of the Court.

**[SIGNATURE PAGE FOLLOWS IMMEDIATELY]**

Dated:   December 13, 2010

**SCHIFF HARDIN LLP**

*Attorneys for Plaintiff*
  *John Hardy Limited*
900 Third Avenue, 23rd floor
New York, New York 10022

By: _____
       Maxim H. Waldbaum

**BAKER & MCKENZIE**

*Attorneys for Defendant*
  *Wynn Wynn Ong*
1114 Avenue of the Americas
New York, New York 10036

By: _____
       Marcella Ballard

**SO ORDERED.**

_____
Louis L. Stanton

1/13/11

BC

CH2\9413856.1